# EXHIBIT B



United States
International Trade Commission

# Harmonized Tariff Schedule of the United States (2016)

March 2016
Publication Number: 4588

Harmonized Tariff Schedule of the United States (2016)
Annotated for Statistical Reporting Purposes

XIII
68-8

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6813 | | Friction material and articles thereof (for example, sheets, rolls, strips, segments, discs, washers, pads), not mounted, for brakes, for clutches or the like, with a basis of asbestos, of other mineral substances or of cellulose, whether or not combined with textile or other materials: | | | | |
| 6813.20.00 | | Containing asbestos........................................... | .......... | Free | | 25% |
| | | Brake linings and pads: | | | | |
| | 10 | Articles for use in civil aircraft............................ | X | | | |
| | 15 | Other.................................................................. | X | | | |
| | | Other: | | | | |
| | 20 | Articles for use in civil aircraft:......................... | X | | | |
| | 25 | Other.................................................................. | X | | | |
| | | Not containing asbestos: | | | | |
| 6813.81.00 | | Brake linings and pads...................................... | .......... | Free | | 25% |
| | 10 | Articles for use in civil aircraft, with a basis of mineral substances............................................ | X | | | |
| | 50 | Other.................................................................. | X | | | |
| 6813.89.00 | | Other...................................................................... | .......... | Free | | 25% |
| | 10 | Articles for use in civil aircraft, with a basis of mineral substances............................................ | X | | | |
| | 50 | Other.................................................................. | X | | | |
| 6814 | | Worked mica and articles of mica, including agglomerated or reconstituted mica, whether or not on a support of paper, paperboard or other materials: | | | | |
| 6814.10.00 | 00 | Plates, sheets and strips of agglomerated or reconstituted mica, whether or not on a support........................... | kg........ | 2.7% | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 40% |
| 6814.90.00 | 00 | Other........................................................................... | kg........ | 2.6% | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 45% |

# Harmonized Tariff Schedule of the United States (2016)
Annotated for Statistical Reporting Purposes

XVII
87-12

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 8708 | | Parts and accessories of the motor vehicles of headings 8701 to 8705: | | | | |
| 8708.10 | | Bumpers and parts thereof: | | | | |
| 8708.10.30 | | Bumpers.................................................. | | 2.5% | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings........................................... | No. | | | |
| | 50 | Other................................................... | No. | | | |
| 8708.10.60 | | Parts of bumpers..................................... | | 2.5% | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings........................................... | No. | | | |
| | 50 | Other................................................... | No. | | | |
| | | Other parts and accessories of bodies (including cabs): | | | | |
| 8708.21.00 | 00 | Safety seat belts.................................... | kg | 2.5% | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.29 | | Other: | | | | |
| 8708.29.15 | 00 | Door assemblies.................................... | No. | 2.5% 1/ | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | | Body stampings: | | | | |
| 8708.29.21 | 00 | For tractors suitable for agricultural use........ | No. | Free | | Free |
| 8708.29.25 | 00 | Other................................................... | No. | 2.5% 1/ | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| 8708.29.50 | | Other................................................... | | 2.5% 1/ | Free (A, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 10 | Stampings........................................... | No. | | | |
| | 25 | Truck caps.......................................... | No. | | | |
| | 60 | Other................................................... | No. | | | |
| 8708.30 | | Brakes and servo-brakes; parts thereof: | | | | |
| 8708.30.10 | | For tractors suitable for agricultural use........ | | Free | | Free |
| | 10 | Mounted brake linings........................... | No. | | | |
| | 90 | Other................................................... | No. | | | |
| 8708.30.50 | | For other vehicles.................................... | | 2.5% 2/ | Free (A*, AU, B, BH, CA, CL, CO, E, IL, JO, KR, MA, MX, OM, P, PA, PE, SG) | 25% |
| | 20 | Brake drums........................................ | No. | | | |
| | 30 | Brake rotors (discs).............................. | No. | | | |
| | 40 | Mounted brake linings........................... | No. | | | |
| | 90 | Other................................................... | No. | | | |

1/ See subheading 9902.25.79.
2/ See subheading 9902.10.92.